UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MONIKA PLATA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: 1:17-cv-2617-TWP-DML |
| vs. ) | |
| ) | |
| COMMUNITY HEALTH NETWORK, ) | |
| INC. ) | |
| ) | |
| Defendant. ) | |

### ORDER ON STIPULATION OF DISMISSAL WITH PREJUDI CE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the parties filed a Stipulation of Dismissal with Prejudice. The Court having reviewed said stipulation and being otherwise duly advised finds the stipulation to be proper and that the above captioned case should be dismissed.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this matter is dismissed, with prejudice, with each party bearing its own fees and costs.

Date: 1/22/2018

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Notice of this Order will be sent to the following parties by operation of the Court's ECF System:

| | |
|---|---|
| Christopher S. Wolcott | Brandon M. Shelton |
| The Wolcott Law Firm LLC | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| E-mail:  indy2buck@hotmail.com | brandon.shelton@ogletreedeakins.com |
| | |
| | Ebony Reid Douglas |
| | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| | Ebony.reid@ogletreedeakins.com |
| | |
| Attorney for Plaintiff | Attorneys for Defendant |